UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>MORTEZA TAABODI,<br><br>Debtor. | Case No. 3:15-cv-01295-HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER APPROVING STIPULATION TO ENTRY OF ORDER STAYING APPEAL** |

Pursuant to the Stipulation to Entry of Order Staying Appeal, entered into between Barry Milgrom, Trustee in Bankruptcy of the estate of the above Debtor and Appellant, and Morteza Taabodi, Debtor and Appellee, the Court hereby orders as follows:

The above-captioned appeal is stayed through and including June 5, 2015.

4/16/2015
DATED

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE