UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | Case No. 3:15-cv-01295-HSG |
|---|---|
| MORTEZA TAABODI, | Hon. Haywood S. Gilliam, Jr. |
| Debtor. | **ORDER APPROVING STIPULATION TO DISMISSAL OF APPEAL WITHOUT PREJUDICE** |

Pursuant to the Stipulation to Dismissal of Appeal Without Prejudice (the "Stipulation"), entered into between Barry Milgrom, Trustee in Bankruptcy of the estate of the above Debtor and Appellant, and Morteza Taabodi, Debtor and Appellee, the Court hereby orders as follows:

The Stipulation is approved. The above-captioned appeal is dismissed without prejudice to Appellant reinstating the appeal within 28 days of entry of an order reconverting the Debtor's bankruptcy case (Case No. 14-30495 DM) (the "Bankruptcy Case") to Chapter 7. Reinstatement shall be by notice filed by Appellant in this court and served on the other party within 28 days of entry of an order reconverting the Bankruptcy Case to Chapter 7. Further, in the absence of Appellant's filing of a timely motion for reinstatement, each party shall bear its own costs on appeal.

6/8/2015
DATED

*/s/ Haywood S. Gilliam, Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

USW 805168902.1